IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED
2015 APR 6 PM 12:14
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| Sherrie Hampton-Muhamed, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-CV-3659-CC |
| ) | |
| James B Nutter & Company, et al ) | 8:15 CV 608-T-27TGW |
| Ronald R. Wolfe & Assocs., P.L., et al ) | |
| JOHN DOES 1-20, ) | NOTICE OF APPEAL |
| ) | |
| Defendants ) | |

Notice is hereby given that Sherrie Hampton-Muhamed, Plaintiff in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final Order for **Motion to Transfer Venue** to the Middle District of Florida received on March 23, 2015; denying Plaintiff's Motion to Strike the R&R; adopting Final R & R as decision, Denies RRW Motion to Dismiss without prejudice, Grants in Part and Denies in Part Nutter's Motion to Dismiss entered on March 19, 2015.

Dated 4 April, 2015

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039
Phone:  404-786-6291
cmrsinc@comcast.net